UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **JTH TAX LLC,** *d/b/a Liberty Tax Service, f/k/a JTH Tax, Inc.*, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | EP-22-CV-00394-DCG |
| **LUZ REYES**, *d/b/a American Eagle Tax Service*, | § § § § | |
| *Defendant*. | § § | |

## FINAL JUDGMENT

For the reasons stated in the Order that the Court entered on March 27, 2025,[1] the Court **DISMISSES** Plaintiff JTH Tax LLC's[2] claims against Defendant Luz Reyes[3] **WITH PREJUDICE**. Plaintiff shall **TAKE NOTHING**. Each side shall bear its own attorney's fees and costs.

There being no cause for delay, this is a **FINAL** and **APPEALABLE** judgment.

The Court **CONVERTS** this case's status from "Administratively Closed"[4] to **"CLOSED."**

---

[1] *See* Order, ECF No. 42.

[2] *d/b/a* Liberty Tax Service, *f/k/a* JTH Tax, Inc.

[3] *d/b/a* American Eagle Tax Service.

[4] *See* Order Staying & Administratively Closing Case, ECF No. 33.

- 1 -

- 2 -

The Clerk of Court **SHALL MAIL** and **EMAIL** this Final Judgment to Defendant's bankruptcy counsel at the following address:

Miguel Flores
Tanzy & Borrego Law Offices, P.L.L.C.
2610 Montana Avenue
El Paso, TX 79903-3712
tanzy_borrego@hotmail.com

**So ORDERED and SIGNED this 28th day of March 2025.**

_____
**DAVID C. GUADERRAMA**
**SENIOR U.S. DISTRICT JUDGE**